# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMJ MINING, LLC, a Virginia Limited Liability Company, <br><br> Plaintiff, <br><br> v. <br><br> RICHARD SIEBRECHT, KENNETH ZIB, SUSAN ZIB AND TRUST <br><br> Defendants. | Case No: 2:16-cv-02276 KJN <br><br> **AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE FROM MARCH 30, 2017 TO APRIL 6, 2017** |

WHEREAS, the court scheduled a status conference in this action to take place on March 30, 2017 at 10:00 AM in this court; and

WHEREAS, counsel for the defendants has a paid trip to Arizona scheduled for the same date, with the flight leaving at 7:35 AM. Due to travel plans, court call is not a viable option for defendants.

IT IS THEREFORE STIPULATED by and between the parties through their attorneys of record that the status conference scheduled for March 30, 2017 at 10:00 AM may be vacated, and re-scheduled to the next Thursday, April 6, 2017 at 10:00 AM in the courtroom of Magistrate Judge

Kendall J. Newman.  The due date for filing the joint status report shall be 14 days prior to the status conference date of April 6, 2017.  All other terms of the court order dated February 22, 2017 (Doc. 16) shall remain in effect.

IT IS SO STIPULATED.

Dated: February 28, 2017					JACOBSON MARKHAM, L.L.P.


							/s/PATRICK T. MARKHAM_____
							By:  PATRICK T. MARKHAM
							Attorneys for defendants


Dated: February 28, 2017					Law Office of PETER SEAN BRADLEY


							/s/PETER S. BRADLEY_____
							By:  PETER SEAN BRADLEY
							Attorney for plaintiff


### ORDER

IT IS HEREBY ORDERED, the court approves the parties' stipulation, and the status conference scheduled for March 30, 2017, is vacated and continued to April 6, 2017, at 10:00 AM, in the courtroom of Magistrate Judge Kendall J. Newman.  The updated joint status report shall be filed 14 calendar days prior to the status conference, and all other terms of the order dated February 22, 2017 shall remain in effect.

Dated:  March 2, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

**AMENDED STIPULATION TO CONTINUE STATUS CONFERENCE
FROM MARCH 30, 2017 TO APRIL 6, 2017**