Peter Sean Bradley, #109258
Law Office of Peter Sean Bradley
7045 North Fruit Avenue
Fresno, California  93711-0761
Telephone:  (559) 431-3142
Facsimile:   (559) 436-1135

Attorneys for Plaintiff JMJ Mining, LLC,
a Virginia Limited Liability Company

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMJ MINING, LLC, a Virginia Limited Liability Company | Case No. 2:16-CV-02276-WBS-JKN |
| Plaintiff, | ORDER RE REQUEST FOR TELEPHONIC APPEARANCE |
| v. | |
| RICHARD SIEBRECHT, KENNETH ZIB, SUSAN ZIB AND TRUST | |
| Defendants. | DATE        4/6/17 TIME        10:00 A.M. CTRM        5 |

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that JMJ Mining, LLC's counsel may attend the Initial

Scheduling Conference presently scheduled for April 6, 2017, at 10:00 a.m., by telephone.

Counsel will make arrangements for the appearance with the Courtroom Deputy.

IT IS SO ORDERED.

Dated:  March 17, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

-0-