UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMJ MINING, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>KENNETH ZIB, et al.,<br><br>    Defendants. | No. 2:16-cv-2276-KJN<br><br>ORDER |

    A further settlement conference in this matter is presently set for September 5, 2017, before Magistrate Judge Carolyn Delaney. (ECF No. 32.)

    Presently pending before the court is defendants' motion for summary judgment, which is presently set for hearing on September 28, 2017. (ECF Nos. 33, 41, 42.)

    In light of the pending settlement efforts, IT IS HEREBY ORDERED that:

1. The September 28, 2017 hearing on the motion for summary judgment is VACATED, and all briefing with respect to that motion is STAYED.
2. If the case does not settle at the September 5, 2017 settlement conference, the court will issue an order setting forth an appropriate briefing schedule with respect to that

1

motion.[1]

IT IS SO ORDERED.

Dated: August 17, 2017

*Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court expects that the parties, having agreed to participate in a further settlement conference, will participate in that settlement conference in good faith and with the best intentions of sincerely attempting to reach an informal resolution of this matter. The court will look with disfavor upon any posturing in the course of settlement discussions based on the pending motion for summary judgment, the hearing on which has now been vacated.