UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JMJ MINING, LLC, | No. 2:16-cv-02276-KJN |
| Plaintiff, | |
| v. | ORDER |
| KENNETH ZIB, et al., | |
| Defendants. | |

On October 19, 2017, the parties in this action filed a stipulation for dismissal pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2). (ECF No. 50.) The parties have entered into a settlement, conditioned upon dismissal of this action with prejudice. (See Id.)

Accordingly, IT IS HEREBY ORDERED that:

1. This action is DISMISSED with prejudice.

2. The court shall retain jurisdiction over the terms and the enforcement of the settlement, including compliance with the promissory note and deed of trust as set forth in Paragraph 3 of the Settlement Agreement and Mutual Release.

3. The Clerk of Court shall close this case.

IT IS SO ORDERED.

Dated: October 20, 2017

14/16-2276.jmj mining.dismissal

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1